Kevin Anthony PARKS, Plaintiff–Appellant,

v.

Pavon BARON; et al., Defendants–Appellees.

No. 09–16935.

United States Court of Appeals, Ninth Circuit.

Submitted June 29, 2010.*

Filed July 22, 2010.

Kevin Anthony Parks, Florence, AZ, pro se.

Wanda Ellen–Marie Hoffman, Esquire, Deputy Attorney General, Office of the Arizona Attorney General, Tucson, AZ, for Defendants–Appellees.

---

* The panel unanimously concludes this case is suitable for decision without oral argument and therefore denies Parks's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM **

Kevin Anthony Parks, an Arizona state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to exhaust, and for clear error its factual determinations, *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir.2003), and we affirm.

The district court properly dismissed Parks's action because he failed to exhaust administrative remedies prior to filing suit. *See Woodford v. Ngo*, 548 U.S. 81, 93–95, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) (holding that "proper exhaustion" under 42 U.S.C. § 1997e(a) is mandatory and requires adherence to administrative procedural rules).

Parks's remaining contentions are unpersuasive.

Parks's request for appointment of counsel is denied. *See Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir.1991) (requiring "exceptional circumstances" for the appointment of counsel).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.